# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STACEY DUNCAN

VERSUS

LSU HEALTH HOSPITALS
HEALTHCARE SERVICES
DIVISION, ET AL

NO.  2020 CW 0597

**SEPTEMBER 24, 2020**

---

In Re:    State of Louisiana, on behalf of LSU Hospitals
          Healthcare Service Division, Earl K. Long Medical
          Center, Ryan Jacob, M.D., Chapman Lee, M.D., Kavya
          Khoebehi, Assistant, Benton Dupont, M.D., Samuel J.
          Harelson, M.D., Brad LeBert, M.D., C. Virk, M.D., and
          Mark Stalder, M.D., applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 627213.

---

**BEFORE:    McDONALD, WELCH, AND HOLDRIDGE, JJ.**

   **WRIT DENIED.**

                         **JMM**
                         **JEW**

     **Holdridge, J.,** concurs. The parties and the court should be
vigilant to follow the procedure for raising abandonment as
provided for by La. Code Civ. P. art. 561.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT